# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE: EXCISE TAX LITIGATION | |
| PSMT, LCC,<br>　　　　　　Plaintiff,<br>　　　v.<br>THE GOVERNMENT OF THE VIRGIN ISLANDS, THE VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, and JOEL A. LEE IN HIS CAPACITY AS DIRECTOR OF INTERNAL REVENUE,<br>　　　　　　Defendants. | Case No. 3:19-cv-0118 |
| APEX CONSTRUCTION, INC.,<br>　　　　　　Plaintiff,<br>　　　v.<br>THE UNITED STATES VIRGIN ISLANDS,<br>　　　　　　Defendant. | Case No. 3:21-cv-0039 |
| BLUEWATER CONSTRUCTION, INC.,<br>　　　　　　Plaintiff,<br>　　　v.<br>THE UNITED STATES VIRGIN ISLANDS,<br>　　　　　　Defendant. | Case No. 3:21-cv-0040 |
| MSI BUILDING SUPPLIES, INC.,<br>　　　　　　Plaintiff,<br>　　　v.<br>THE UNITED STATES VIRGIN ISLANDS,<br>　　　　　　Defendant. | Case No. 3:21-cv-0041 |
| UNITED CORPORATION,<br>　　　　　　Plaintiff,<br>　　　v.<br>THE UNITED STATES VIRGIN ISLANDS,<br>　　　　　　Defendant. | Case No. 3:21-cv-0043 |

*In re: Excise Tax Litigation*
ORDER
Page 2 of 3

| | |
|---|---|
| **IMPEX TRADING INTERNATIONAL, INC.,** )<br>　　　　　　Plaintiff, )<br>　　v. )<br>**THE UNITED STATES VIRGIN ISLANDS,** )<br>　　　　　　Defendant. ) | **Case No. 3:21-cv-0044** |
| **B&B MANUFACTURING, INC.,** )<br>　　　　　　Plaintiff, )<br>　　v. )<br>**THE UNITED STATES VIRGIN ISLANDS,** )<br>　　　　　　Defendant. ) | **Case No. 3:21-cv-0052** |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge in each of the above-captioned cases. Defendants filed timely objections and this Court reviewed the Report and Recommendation *de novo* as to those potions specifically objected to*.* For the reasons set forth in the Memorandum Opinion of even date, it is hereby

　　**ORDERED** that the Magistrate Judge's Report and Recommendation is **REJECTED** to the extent that it recommends that tax comity doctrine does not apply in the Virgin Islands; it is further

　　**ORDERED** that Defendants' motions to dismiss are **GRANTED**; it is further

　　**ORDERED** that *Apex Construction, Inc. v. U.S. Virgin Islands*, case no. 3:21-cv-0039, is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**; it is further

　　**ORDERED** that *Bluewater Construction, Inc. v. U.S. Virgin Islands*, case no. 3:21-cv-0040, is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**; it is further

　　**ORDERED** that *MSI Building Supplies, Inc. v. U.S. Virgin Islands*, case no. 3:21-cv-0041, is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**; it is further

　　**ORDERED** that *United Corp. v. U.S. Virgin Islands*, case no. 3:21-cv-0043, is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**; it is further

　　**ORDERED** that *Impex Trading Int'l, Inc. v. U.S. Virgin Islands*, case no. 3:21-cv-0044, is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**; it is further

　　**ORDERED** that *B&B Manufacturing, Inc. v. U.S. Virgin Islands*, case no. 3:21-cv-0052, is **DISMISSED WITHOUT PREJUDICE** and this case is **CLOSED**; it is further

*In re: Excise Tax Litigation*
ORDER
Page 3 of 3

**ORDERED** that the excise tax claim in *PSMT, LLC v. Gov't of the Virgin Islands, et al.*, case no. 3:19-cv-0118, is **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** to the extent that it recommends that Plaintiff PSMT, LLC's container tax claim be dismissed; and it is further

**ORDERED** that Plaintiff PSMT, LLC may amend its complaint as to its container tax claim by no later than September 9, 2022. If PSMT files no such amendment, the Court will dismiss *PSMT, LLC v. Gov't of the Virgin Islands, et al.*, case number 3:19-cv-0118.

**DATED:** August 18, 2022                                        */s/ Robert A. Molloy*
                                                                  **ROBERT A. MOLLOY**
                                                                  **Chief Judge**